# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PAMELA FROST,

    Plaintiff,                                                        Case No. 3:14-cv-327

    vs.

COMMISSIONER OF                                  District Judge Thomas M. Rose
SOCIAL SECURITY,                                Magistrate Judge Michael J. Newman

    Defendant.

___

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 14)

___

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on January 26, 2016 (Doc. #14) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date:_February 16, 2016                                        *s/Thomas M. Rose

                                                              _____
                                                              THOMAS M. ROSE
                                                   UNITED STATES DISTRICT JUDGE